ALF MORGAN v. THE STATE.

No. 13126.   Delivered November 27, 1929.
Rehearing denied January 1, 1930.
Reported in 22 S. W. (2d) 461.

The opinion states the case.

*R. L. Henderson* and *J. A. Kibler,* both of Waco, for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is arson; punishment fixed at confinement in the penitentiary for a period of two years.

The record is without statement of facts or bills of exception. No fault in the trial has been pointed out by the record or perceived by this court.

The judgment is affirmed.

*Affirmed.*

ON MOTION FOR REHEARING.

LATTIMORE, Judge.—Appellant insists that we erred in upholding the action of the trial court in telling the jury that if appellant had the care, control and management of the house which was burned at the time it was burned, this would in law make him the owner thereof. Art. 402 of our C. C. P., is decisive of this contention and settles same against appellant. This article specifically holds that where one person owns property and another person has the possession of the same, the ownership may be alleged to be in either. This has application in arson cases as well as prosecutions for theft, burglary or other offenses.

The motion for rehearing will be overruled.

*Overruled.*

HAWKINS, J., absent.